# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COOK, <br> #67931 <br> Plaintiff, <br> vs. <br> GREGORY COX, *et al.*, <br> Defendants. | 3:11-cv-00425-HDM-VPC <br><br> **ORDER** |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On July 11, 2011, the court dismissed plaintiff's complaint with leave to file an amended complaint if he was able to cure the deficiencies of the original complaint (docket #5). The court expressly warned plaintiff that failure to respond to this court's Order would result in dismissal of this action. The Order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's Order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's Order.

1    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of
2 plaintiff to file an amended complaint.
3    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly
4 and close this case.
5    DATED this 14th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE